RAHUL RAVIPUDI, ESQ., NV Bar No. 14750
rravipudi@psbr.law
IAN SAMSON, ESQ., NV Bar No. 15089
isamson@psbr.law
ADAM ELLIS, ESQ., NV Bar No. 14514
aellis@psbr.law
JULIA ARMENDARIZ, ESQ. NV Bar No. 15865
jarmendariz@psbr.law
**PANISH |SHEA | BOYLE | RAVIPUDI LLP**
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
Tel: (702) 560-5520
Fax: (702) 975-2515

KHALDOUN A. BAGHDADI, ESQ., CA Bar No. 190111
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE, ESQ., CA Bar No. 272566
vrose@walkuplawoffice.com
KATHERINE CONNOLLY, ESQ., CA Bar No. 343524
kconnolly@walkuplawoffice.com
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108-2615
Tel:  (415) 981-7210
Fax:  (415) 391-6965
(Admitted *Pro Hac Vice*)

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| J.L., a minor by and through his Guardian Ad Litem MINA LILLY, T.A., a minor by and through her Guardian Ad Litem SHWANA HARDY; and S.T., a minor by and through his Guardian Ad Litem JOANNE TAITANO,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, MELISSA OLSZEWSKI, SHAWN HALLAND and DOES 1-50,<br><br>Defendants. | Case No. 2:23-cv-00810-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br><br>**[FIRST REQUEST]**<br><br>**District Judge James C. Mahan**<br>**Magistrate Judge Brenda Weksler**<br><br>Date Filed: May 24, 2023<br>Trial Date: Unassigned |

The Parties, through their undersigned counsel, hereby stipulate as follows:

**1.    STATEMENT OF DISCOVERY COMPLETED**

The Parties submitted their stipulated discovery plan and scheduling order on September 14, 2023 (Dkt. No. 25) and the Court entered its scheduling order on September 15, 2023 (Dkt. No. 26). The Parties have completed the following discovery to date:

1.    On September 28, 2023, Defendants Clark County School District ("CCSD") and Shawn Halland (collectively the "CCSD Defendants") served their initial disclosures.

2.    On September 28, 2023, Plaintiffs served their initial disclosures.

3.    On November 7, 2023, CCSD and Halland served their first supplemental disclosures.

4.    On November 22, 2023 CCSD served Interrogatories and Requests for Production, Set One upon Plaintiffs J.L., T.A. and S.T.

5.    On December 1, 2023, Plaintiff served Interrogatories and Requests for Production, Set One to Defendants CCSD and Halland.

6.    On December 1, 2023, Plaintiffs noticed the depositions of Defendants CCSD, Halland and Olszewski, as well as non-parties Daniel Ciarciaglini, Shirley Diaz, Elaine Hansen, Natalie Holshue, James Kettner, Rebecca Lucero and Jodie Swader.

7.    On December 15, 2023, the CCSD Defendants requested dates for depositions of Plaintiffs' guardians.

8.    On December 22, 2023, Plaintiffs served their responses to CCSD's Interrogatories and Requests for Production, Set One.

**2.    STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED**

The following discovery remains to be completed:

1. CCSD and Halland to respond to Plaintiff's Interrogatories and Requests for Production of Documents (Set One);

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2. Completion of all currently noticed depositions;

3. Additional depositions and written discovery, if needed based on information or evidence gathered through the outstanding discovery and pending depositions;

4. Disclosure of Experts, Expert Reports; and

5. Expert Discovery and Depositions.

### 3. REASONS WHY DISCOVERY WILL NOT BE COMPLETED BY THE CURRENT DISCOVERY CUTOFF

Under the current deadlines, lay discovery closes on February 5, 2024. The Parties need additional time to meet-and-confer regarding production of documents, to review them when produced, and to take party depositions thereafter. The parties are also engaged in ongoing settlement discussions and are hopeful that a resolution can be reached. Accordingly, the Parties request a 60-day extension of all deadlines.

### 4. PROPOSED SCHEDULE

The Parties hereby stipulate and agree that the deadlines to complete discovery as set forth in the Scheduling Order (Dkt. No. 26) shall be extended sixty (60) days as follows:

1. **Lay Discovery Period:** The deadline to complete lay discovery shall be extended from February 5, 2024 to **April 5, 2024**.

2. **Initial Expert Disclosure:** The deadline to file initial expert reports shall be extended from March 6, 2024 to **May 6, 2024**.

3. **Rebuttal Expert Disclosure:** The deadline to file rebuttal expert reports shall be extended from April 5, 2024 to **June 5, 2024**.

4. **Expert Discovery Period:** The deadline to complete expert discovery shall be extended from May 6, 2024 to **July 8, 2024**.

5. **Dispositive Motions:** The deadline to file dispositive motions shall be extended from June 5, 2024 to **August 7, 2024**.

6. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

motions. Therefore, the joint pretrial order shall be extended from July 5, 2024 to **September 6, 2024**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or by further order of the court.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the *first* request for a scheduling extension.

**IT IS SO STIPULATED.**

Dated: December 27, 2023       WALKUP, MELODIA, KELLY & SCHOENBERGER

By: /s/ Katherine Connolly
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
KATHERINE CONNOLLY
Attorneys for Plaintiffs
Admitted Pro Hac Vice

Dated: December 27, 2023       GREENBERG TRAURIG, LLP

By: /s/ Kara Hendricks
KARA B. HENDRICKS
WHITNEY L. WELCH-KIRMSE
Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT and
SHAWN HALLAND

Dated: December 28, 2023

By /s/ Melissa Olszewski
MELISSA OLSZEWSKI
*Pro Se*

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4
STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER
Case No. 2:23-cv-00810-JCM-BNW

# ORDER

In consideration of the stipulation by the Parties, and with good cause appearing,

1. **Lay Discovery Period:** The deadline to complete lay discovery shall be extended from February 5, 2024 to **April 5, 2024**.

2. **Initial Expert Disclosure:** The deadline to file initial expert reports shall be extended from March 6, 2024 to **May 6, 2024**.

3. **Rebuttal Expert Disclosure:** The deadline to file rebuttal expert reports shall be extended from April 5, 2024 to **June 5, 2024.**

4. **Expert Discovery Period:** The deadline to complete expert discovery shall be extended from May 6, 2024 to **July 8, 2024**.

5. **Dispositive Motions:** The deadline to file dispositive motions shall be extended from June 5, 2024 to **August 7, 2024**.

6. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive motions. Therefore, the joint pretrial order shall be extended from July 5, 2024 to **September 6, 2024**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or by further order of the court.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this __29__ day of _December_, 2023.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210