RAHUL RAVIPUDI, ESQ., NV Bar No. 14750
ravipudi@panish.law
IAN SAMSON, ESQ., NV Bar No. 15089
isamson@panish.law
JULIA ARMENDARIZ, ESQ. NV Bar No. 15865
jarmendariz@panish.law
**PANISH |SHEA| RAVIPUDI LLP**
300 South Fourth Street, Suite 710
Las Vegas, NV 89101
Tel: (702) 560-5520
Fax: (702) 975-2515

KHALDOUN A. BAGHDADI, ESQ., CA Bar No. 190111
kbaghdadi@walkuplawoffice.com
VALERIE ROSE, ESQ., CA Bar No. 272566
vrose@walkuplawoffice.com
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108-2615
Tel: 415.981-7210
Fax: 415-391-6965
(Admitted *Pro Hac Vice*)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| J.L., a minor by and through his Guardian Ad Litem MINA LILLY, T.A., a minor by and through her Guardian Ad Litem SHWANA HARDY; and S.T., a minor by and through his Guardian Ad Litem JOANNE TAITANO,<br><br>    Plaintiffs,<br><br>    v.<br><br>CLARK COUNTY SCHOOL DISTRICT, MELISSA OLSZEWSKI, SHAWN HALLAND and DOES 1-50,<br><br>    Defendants. | Case No. 2:23-cv-00810-JCM-BNW<br><br>**ORDER GRANTING VERIFIED PETITION OF COMPROMISE OF CLAIM OF PERSON UNDER GUARDIANSHIP AD LITEM AND ESTABLISHMENT OF SPECIAL NEEDS TRUST OF J.L.** |

Plaintiff, J.L. by and through his Guardian ad Litem, MINA LILLY ("PETITIONER") submit a Verified Petition of Compromise of Claim of Person Under Guardianship Ad Litem and Establishment of Special Needs Trust ("Petition") on February 24, 2025. Having reviewed the Petition and accompanying exhibits, I hereby find there is good cause to GRANT the Petition and ORDER as follows:

    a.    The compromise of the claim as set out in J.L.'s .Petition is approved and authorized;

    b.    CCSD shall pay **$225,000** to settle J.L.'s claims within 30 days of the entry of this Order, to be distributed as follows:

        a.    A cash payment of $225,000 to Walkup, Melodia, Kelly & Schoenberger Client Trust

            i.    $17,725.73 to Plaintiffs' counsel, and co-counsel for case costs;

            ii.    $68,400.51. to Plaintiffs' counsel for attorneys' fees; and

            iii.    $138,873.76 to The Legacy Enhancement Master Pooled Trust.

    c.    The Settlement Agreement and Release attached to the Petition as **Exhibit 1** is hereby approved.

    f.    The Legacy Enhancement Trust is approved, as the terms in **Exhibit 3** to J.L.'s Petition have set forth;

    g.    Legacy Enhancement is authorized and directed to execute any documents necessary to establish the Legacy Enhancement Trust and to establish accounts on behalf of J.L.

    h.    Petitioner, as J.L.'s Guardian ad Litem is authorized to approve and execute any necessary documents, including releases, on J.L.'s behalf to finalize this matter;

    i.    The filing of a complete copy of J.L.'s medical records is waived;

    j.    The Trustee of the Legacy Enhancement Trust shall not be required to post bond or surety in this or any other jurisdiction.

**IT IS SO ORDERED** March 20, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE