MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email: ferrariom@gtlaw.com
           hendricksk@gtlaw.com
           welchkirmsew@gtlaw.com
*Counsel for Defendants, Clark County School District and Shawn Halland*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| J.L., a minor, by and through his Guardian ad Litem, MINA LILLY; T.A., a minor, by and through her Guardian ad Litem, SHWANA HARDY; and S.T., a minor, by and through his Guardian ad Litem, JOANNE TAITANO,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; MELISSA OLSZEWSKI, SHAWN HALLAND; and DOES 1-50,<br><br>Defendants. | CASE NO. 2:23-cv-00810-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby STIPULATED AND AGREED between Plaintiffs, J.L., a minor, by and through his Guardian ad Litem, MINA LILLY; T.A., a minor, by and through her Guardian ad Litem, SHWANA HARDY; and S.T., a minor, by and through his Guardian ad Litem, JOANNE TAITANO ("Plaintiffs"), Defendants CLARK COUNTY SCHOOL DISTRICT, and SHAWN HALLAND (collectively, "CCSD Defendants"), by and through their attorneys of

1

ACTIVE 710235239v1

record and Defendant MELISSA LEA OLSZEWSKI that, in accordance with Fed.R.Civ.P. 41(a)(2), all claims asserted against Defendants herein are dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED: April 30, 2025

**WALKUP, MELODIA, KELLY & SCHOENBERGER**

*/s/ Valerie N. Rose*
KHALDOUN A. BAGHDADI, ESQ.
VALERIE N. ROSE, ESQ.
650 California Street, 26th Floor
San Francisco, California 94108-2615
*Attorneys for Plaintiffs*

and

**PANISH SHEA BOYLE RAVIPUDI LLP**
RAHUL RAVIPUDI, ESQ.
IAN SAMSON, ESQ.
300 S. 4th Street, Suite 710
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED: April 30, 2025

**GREENBERG TRAURIG, LLP**

*/s/ Kara B. Hendricks*
MARK E. FERRARIO, ESQ.
KARA B. HENDRICKS, ESQ.
WHITNEY L. WELCH-KIRMSE, ESQ.
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for CCSD Defendants*

DATED: April 30, 2025

**MELISSA LEA OLSZEWSKI**

*/s/ Melissa Lea Olszewski*
MELISSA LEA OLSZEWSKI
3752 Notre Dame Avenue
San Diego, California 92122
Telephone: (619) 261-0639
*Pro Se*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED May 2, 2025

ACTIVE 710235239v1